1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

11

12

13

14

15

16

17

WEATHERBY LOCUMS, INC, a Florida
corporation,

               Plaintiff,

      vs.

KERN COUNTY HOSPITAL AUTHORITY,

               Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No.: 1:20−cv−00949−NONE−JLT**

**ORDER DENYING STIPULATION TO
EXTEND THE DEADLINE FOR FILING
THE DEFENDANT'S ANSWER AS
MOOT**
(Doc. 9)

18

19

20

21

      The parties have stipulated to extend the deadline by which the defendant will file its answer.
(Doc. 9) However, the defendant has already filed its answer (Doc. 5).  Moreover, the Court has no
idea what to make of the "Notice of Errata[1]" (Doc. 8) or the current stipulation (Doc. 9). Clearly, the
defendant <u>does not</u> need additional time to file its answer.

22

23

24

25

26

27

      The stipulation does not indicate that a draft, rather than a finalized copy of the answer was
filed, that the answer is incomplete or is in any way unresponsive to the operative complaint and it
does not seek to strike the answer. In the absence of any explanation about why the answer on file
(Doc. 5) is inappropriate, the Court cannot find good cause to extend a deadline that no longer
applies.  Becasue the defendant has an answer on file that appears regular on its face, the Court has
insufficient information to conclude that the extension is necessary. Therefore, the stipulation is

28

---

[1] The defendant has not sought to strike the answer or provide any basis that would explain why it should be stricken.

1   **DENIED**.

2

3   IT IS SO ORDERED.

4       Dated:   **August 6, 2020**                    **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                          2

28                                                STIPULATION FOR EXTENSION OF TIME
                                                      TO RESPOND TO COMPLAINT