1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10
11
12
13
14
15
16

| | |
|---|---|
| WEATHERBY LOCUMS, INC, a Florida corporation,<br><br>                    Plaintiff,<br><br>        vs.<br><br>KERN COUNTY HOSPITAL AUTHORITY,<br><br>                    Defendant. | **Case No.: 1:20-cv-00949 NONE JLT**<br><br>**ORDER GRANTING STIPULATION ALLOWING THE PLAINTIFF TO FILE AN AMENDED COMPLAINT AND FOR THE DEFENDANT TO FILE A CROSS-COMPLAINT**<br>(Doc. 16) |

17
18
19

    The parties have stipulated to allow the plaintiff to file a first amended complaint and for the defense to file a cross-complaint (Doc. 9).  Thus, the Court **ORDERS**:

20
21

    1.    The stipulation is GRANTED.  The first amended complaint SHALL be filed within three court days;

22

    2.    The responsive pleading SHALL be filed within 21 days thereafter.

23
24

IT IS SO ORDERED.

25

    Dated:    **February 11, 2021**              **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE

26
27
28