**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WEATHERBY LOCUMS, INC, a Florida corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>KERN COUNTY HOSPITAL AUTHORITY,<br><br>                    Defendant. | **Case No.: 1:20-cv-00949−NONE−JLT**<br><br>**ORDER GRANTING JOINT REQUEST TO AMEND THE CASE SCHEDULE; ORDER VACATING THE MID-DISCOVERY STATUS CONFERENCE**<br>(Doc. 21) |

The parties have stipulated to extend the case deadlines. (Doc. 21) Good cause appearing, the Court GRANTS the request and amends the case schedule as follows:

1.       The parties **SHALL** complete all non-expert discovery **no later than January 14, 2022**;

2.       The parties **SHALL** disclose experts **no later than January 31, 2022** and any rebuttal experts **no later than February 28, 2022**. They **SHALL** complete expert discovery **no later than April 1, 2022**;

3.       The parties **SHALL** file non-dispositive motions, if at all, **no later than May 6, 2022**, with a hearing **no later than June 17, 2022**;

4.       The parties **SHALL** file dispositive motions, if at all, **no later than June 24, 2022**, with a hearing **no later than August 5, 2022**;

5.       The pretrial conference is **CONTINUED** to **October 3, 2022 at 1:30 p.m.;**

6.      The mid-discovery status conference is **VACATED**.

**The Court does not anticipate amending the case schedule again, so the parties are urged to complete the needed activities within these deadlines**.

IT IS SO ORDERED.

Dated:   **March 2, 2021**                          **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE

2