UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEATHERBY LOCUMS, INC., | Case No. 1:20-cv-00949-JLT-BAK |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER |
| KERN COUNTY HOSPITAL AUTHORITY, | |
| Defendant. | (ECF No. 27) |

Before the Court is the parties' stipulation (ECF No. 27) seeking to modify the Scheduling Order. The parties request to extend all remaining deadlines by approximately 90 days due to delays caused by COVID-19 and by Plaintiff's counsel's illness. (*Id.*)

Having considered the stipulation, IT IS HEREBY ORDERED that the Scheduling Order (ECF No. 13), as previously modified (ECF No. 23), is further modified as follows:

| Event | Deadline/Date |
|---|---|
| Nonexpert Discovery Cutoff: | April 13, 2022 |
| Expert Disclosure: | May 2, 2022 |
| Rebuttal Expert Disclosure: | May 30, 2022 |

1

| | |
|---|---|
| Expert Discovery Cutoff: | June 30, 2022 |
| Non-Dispositive Motion Filing: | August 4, 2022 |
| Non-Dispositive Motion Hearing: | September 7, 2022 |
| Dispositive Motion Filing: | September 22, 2022 |
| Dispositive Motion Hearing: | October 17, 2022 |
| Pretrial Conference | **Date: January 20, 2023**<br>**Time: 1:30 PM**<br>**Dept: 4 (JLT)** |

No trial date has been set. All other terms and conditions of the Scheduling Order (ECF No. 13) remain in full force and effect.

IT IS SO ORDERED.

Dated: __**January 18, 2022**__        /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

2